B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT

Central District of California

**INVOLUNTARY PETITION**

| | |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Video Symphony Entertraining, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>95-4610355 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>266 E. Magnolia Blvd,<br>Burbank CA<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Los Angeles<br>ZIP CODE<br>91502 | MAILING ADDRESS OF DEBTOR (If different from street address)<br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7 ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

**Nature of Debts**
(Check **one** box.)

Petitioners believe:

- ☐ Debts are primarily consumer debts
- ☑ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

- ☐ Individual (Includes Joint Debtor)
- ☑ Corporation (Includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

______________________

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**VENUE**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
**(Check applicable boxes)**

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

FILED
MAR 27 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor Video Symphoney Entertraining, Inc.

Case No.____________________

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of ~~their~~ knowledge, information, and belief.

x [signature]
Signature of Petitioner or Representative (State title)
Joel Krantz 3-25-15
Name of Petitioner Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x
Signature of Attorney Date

Name of Attorney Firm (If any)

Address

Telephone No.

x Daniel Nelson
Signature of Petitioner or Representative (State title)
DANIEL NELSON 3/25/2015
Name of Petitioner Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x
Signature of Attorney Date

Name of Attorney Firm (If any)

Address

Telephone No.

x [signature]
Signature of Petitioner or Representative (State title)
PAUL PETSCHEK 3/25/2015
Name of Petitioner Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x
Signature of Attorney Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Joel Krantz 25409 Winslow Ct. Stevenson Ranch CA 91381 | past due Invoices / Wages | $10,320 |
| DANIEL NELSON 1911 N. BUENA VISTA ST #423 BURBANK CA 91504 | past due Invoices / Wages | $8,000 |
| PAUL PETSCHEK 10965 FRUITLAND DRIVE SUITE 207 STUDIO CITY, CA 91604 | past due Invoices / Wages | $13,400 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

X continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** Video Symphony Ent

**Case No.** ______________________

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| x [signature]<br>Signature of Petitioner or Representative (State title)<br>Tamera K. Daugherty 03/25/2015<br>Name of Petitioner Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | x<br>Signature of Attorney Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| x [signature]<br>Signature of Petitioner or Representative (State title)<br>Barbara Urquidi-Nitkin 3/27/15<br>Name of Petitioner Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | x<br>Signature of Attorney Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| x<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | x<br>Signature of Attorney Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Tamera K. Daugherty 21312 Providencia St, Woodland Hills, CA 91362 | Past due Invoices/Wages | 47,680.00 approx. |
| Barbara Urquidi-Nitkin 17033 Calahan St. Northridge, CA 91325 | Past due Invoices/Wages | 12,000 approximate |
| | | |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|

X continuation sheets attached

Name of Debtor - Video Symphony Entertainment, Inc. Case No. ____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x Benjamin Hershleder
Signature of Petitioner or Representative (State title)

Benjamin Hershleder 03/25/2015
Name of Petitioner Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity ____

x ____
Signature of Attorney Date

Name of Attorney Firm (If any)

Address

Telephone No.

x ____
Signature of Petitioner or Representative (State title)

Name of Petitioner Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity ____

x ____
Signature of Attorney Date

Name of Attorney Firm (If any)

Address

Telephone No.

x ____
Signature of Petitioner or Representative (State title)

Name of Petitioner Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity ____

x ____
Signature of Attorney Date

Name of Attorney Firm (If any)

Address

Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Ben Hershleder, 265 W. Tujunga Av #116, Burbank 91502 | Unpaid Services | 2,900.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

____continuation sheets attached