FILED & ENTERED

AUG 12 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beaucham DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

Video Symphony Entertraining Inc

Debtor(s).

Case No.: 2:15-bk-14744-BB

CHAPTER 7

**ORDER (i) FOR RELIEF IN INVOLUNTARY CHAPTER 7 CASE AND (ii) TO FILE SCHEDULES, STATEMENTS AND LIST(S)**

Date: August 12, 2015
Time: 1:00 PM
Courtroom: 1475

An involuntary chapter 7 petition having been filed against the above-named debtor on March 27, 2015 and debtor having consented to the entry of an order for relief on the record at the status conference held before the Honorable Sheri Bluebond on August 12, 2015 at 1:00 p.m. in Courtroom 1475 of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012,

/ /

/ /

/ /

/ /

**IT IS HEREBY ORDERED** that:

1. An Order for Relief is hereby entered with regard to the debtor;
2. Debtor shall file within seven days after entry of this Order for Relief a list containing the name and address of each entity included on Schedule D, E, F, G, and H as prescribed by the Official Forms (Federal Rule of Bankruptcy Procedure 1007(a)(2)); and
3. Debtor shall file all schedules, statements and other documents referred to in Federal Rules of Bankruptcy Procedure 1007(a) and (b) within 14 days after entry of this Order for Relief.

###

Date: August 12, 2015

Sheri Bluebond
United States Bankruptcy Judge