RICHARD K. DIAMOND (State Bar No. 070634)
jvidaurri@dgdk.com
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VIDEO SYMPHONY ENTERTRAINING, INC.<br><br>Debtor(s). | Case No. 2:15-bk-14744-BB<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>[No hearing required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Richard K. Diamond, the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned bankruptcy case and appropriate notice should be given to creditors to file claims.

DATED: September 29, 2015

RICHARD K. DIAMOND
Chapter 7 Trustee