United States Bankruptcy Court
Central District of California

In re: Case No. 15-14744-BB
Video Symphony Entertraining Inc Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2 Date Rcvd: Sep 14, 2016
Form ID: pdf042 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.
db +Video Symphony Entertraining Inc, 266 E Magnolia Blvd, Burbank, CA 91502-3253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:

Dean G Rallis, Jr on behalf of Debtor Video Symphony Entertraining Inc drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com;yblum@afrct.com
Howard Kollitz on behalf of Trustee Richard K Diamond (TR) HKollitz@DGDK.Com, DanningGill@gmail.com;hkollitz@ecf.inforuptcy.com
Howard Kollitz on behalf of Plaintiff Richard K. Diamond, Chapter 7 Trustee, Plaintiff HKollitz@DGDK.Com, DanningGill@gmail.com;hkollitz@ecf.inforuptcy.com
Michael G D'Alba on behalf of Plaintiff Richard K. Diamond, Chapter 7 Trustee, Plaintiff mgd@dgdk.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
Michael G D'Alba on behalf of Interested Party Courtesy NEF mgd@dgdk.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
Michael G D'Alba on behalf of Trustee Richard K Diamond (TR) mgd@dgdk.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
Michael Jay Berger on behalf of Petitioning Creditor Daniel Nelson michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Michael Jay Berger on behalf of Petitioning Creditor Barbara Urquidi-Nitkin michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Michael Jay Berger on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Michael Jay Berger on behalf of Petitioning Creditor Joel Krantz michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Michael Jay Berger on behalf of Petitioning Creditor Benjamin Hershleder michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Michael Jay Berger on behalf of Petitioning Creditor Tamera K Daugherty michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Michael Jay Berger on behalf of Petitioning Creditor Paul Petschek michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Richard K Diamond (TR) RKDTrustee@dgdk.com, rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com
Samuel Price on behalf of Defendant Michael Gerard Flanagan, as trustee of The Michael and Alice Flanagan Family Trust dated July 25, 2009 sprice@pooleshaffery.com, sabrignani@pooleshaffery.com
Samuel Price on behalf of Defendant Alice Yick Flanagan, as trustee of The Michael and Alice Flanagan Family Trust dated July 25 sprice@pooleshaffery.com, sabrignani@pooleshaffery.com
Samuel Price on behalf of Defendant Video Symphony, LLC sprice@pooleshaffery.com, sabrignani@pooleshaffery.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Samuel Price on behalf of Defendant Michael Gerard Flanagan sprice@pooleshaffery.com, sabrignani@pooleshaffery.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

TOTAL: 19

HOWARD KOLLITZ (State Bar No. 059611)
*hkollitz@dgdk.com*
MICHAEL G. D'ALBA (State Bar No. 264403)
*mdalba@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Richard K. Diamond,
Chapter 7 Trustee

FILED & ENTERED

SEP 14 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beaucham DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VIDEO SYMPHONY ENTERTRAINING, INC.,<br><br>Debtor. | Case No. 2:15-bk-14744-BB<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION BY ZB, N.A. D/B/A CALIFORNIA BANK & TRUST**<br><br>**[No Hearing Required - LBR 2004-1(d)]** |

The Court has read and considered the Motion for Production of Documents and Electronically Stored Information by ZB, N.A. d/b/a California Bank & Trust (the "Motion") filed by Richard K. Diamond, the Chapter 7 trustee for the bankruptcy estate of Video Symphony Entertraining, Inc. The Court being fully advised, and good cause appearing, it is

**ORDERED THAT**

1. The Motion is **GRANTED**.

/ / /

/ / /

/ / /

/ / /

/ / /

2. ZB, N.A. d/b/a California Bank & Trust is ordered to produce the documents described in Exhibit 1 hereto on or before September 30, 2016, at 10:00 a.m., at the law offices of Danning, Gill, Diamond & Kollitz, LLP, 1900 Avenue of the Stars, 11th Floor, Los Angeles, California.

###

Date: September 14, 2016

Sheri Bluebond
United States Bankruptcy Judge

**EXHIBIT "1"**

**DEFINITIONS**

As used herein, unless specifically indicated otherwise, the following terms have the following meanings:

"Documents" means and includes, but is not limited to, any kind of written, typewritten, printed or recorded material, whether produced, reproduced or stored on paper, cards, tape, film, electronic facsimile, computer storage device or memory, or other media or data compilation from which information may be obtained, and include accounts, address books, addenda, agreements, albums, articles, bank statements, blueprints, books, calendars, charts, checks (both front and reverse sides), contracts, correspondence, declarations of trusts, deeds, deposit receipts, diagrams, diaries, disks, drafts, films, forms, instruments of conveyance or for other purposes, invoices, journals, ledgers, letters, lists, logs, mailgrams, maps, memoirs, memoranda, minutes, motion pictures, notations, notebooks, notes, notices, photographs, plans, pleadings, powers of attorney, promissory notes, proofs of delivery, purchase orders, recordings, records, registers, schedules, sound recordings, summaries, telexes, working papers, writing, and all other material, whether in draft form or not, and whether a copy or an original. "Documents" further means and refers to "writing" as defined in Fed.R.Evid. 1001, and means the original of any document as defined above, if available, or to a clear and legible copy thereof, if not available, as well as to any copies or drafts that have any notations of any sort, whether typed, printed, handwritten, or otherwise inscribed, which notations are not present on the original.

"Bank" means and refers to ZB, N.A. d/b/a California Bank & Trust.

"Debtor" means and refers to Video Symphony Entertraining, Inc.

The "0531 Account" means the account at the Bank of the Debtor ending in 0531.

**DOCUMENTS TO BE PRODUCED**

1. Copies of the complete monthly statements, including the fronts and backs of cancelled checks, for the 0531 Account for the months of October 2013 through March 2015.